IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENISE LEAL SANCHEZ, | § | |
| | § | |
| *Plaintiff,* | § | SA-20-CV-00618-ESC |
| | § | |
| vs. | § | |
| | § | |
| CITY OF POTEET, TEXAS, ERIC A. | § | |
| JIMINEZ, IN HIS OFFICIAL CAPACITY | § | |
| AS CITY ADMINISTRATOR OF THE | § | |
| CITY OF POTEET; AND BRUCE | § | |
| HICKMAN, IN HIS OFFICIAL | § | |
| CAPACITY AS CHIEF OF POLICE OF | § | |
| THE CITY OF POTEET; | § | |
| | § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is the Motion to Withdraw as Counsel for Plaintiff filed by Adrian A. Spears, II, Art Martinez de Vara, and Charles H. Sierra of the Martinez de Vara Law Firm, PLLC [#56]. Movants have supplemented their motion as directed by the Court with the signature of Plaintiff, demonstrating her consent to their withdrawal [#59]. The Court will grant the motion and give the Plaintiff the requested 21 days to secure new counsel and file a response to Defendants' pending motion to dismiss. If Plaintiff is unable to find substitute counsel, she is responsible for filing her own *pro se* response to the motion to dismiss or risk the motion being granted as unopposed. *See* W.D. Tex. Loc. R. CV-7(e).

In the event that Plaintiff ultimately represents herself in this case, the Court directs her to the following resources to assist her in prosecuting her case:

1

- The Federal Rules of Civil Procedure, available at: www.uscourts.gov/file/rules-civil-procedure

- This Court's Local Rules, available at https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/

- The "Complete Pro Se Manual" which is available on the Court's website at: https://www.txwd.uscourts.gov/filing-without-an-attorney/.

Plaintiff is directed to familiarize herself with these resources.  Also, although *pro se* litigants are held to a less stringent standard, they are nevertheless required to follow the rules that govern all litigants in federal court.  *Grant v. Cuellar*, 59 F.3d 524, 524 (5th Cir. 1995). These rules include but are not limited to the rules and Court orders regarding conference with opposing counsel, following deadlines imposed by the rules and the Court's Scheduling Order, observing the response times for motions as set forth in Local Rule CV-7, and keeping the Court updated with a current address to ensure all filings are received.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel for Plaintiff filed by Adrian A. Spears, II, Art Martinez de Vara, and Charles H. Sierra of the Martinez de Vara Law Firm, PLLC [#56] is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Spears, Mr. Martinez de Vara, and Mr. Sierra are hereby **WITHDRAWN** as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that this case is **STAYED** for 21 days, until **June 17, 2022**, to allow for the appearance of new counsel.

**IT IS FINALLY ORDERED** that Plaintiff's response to Defendants' Motion to Dismiss [#54] is due on or before **June 17, 2022**.

**IT IS SO ORDERED.**

SIGNED this 27th day of May, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE